IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D

05 OCT 20  PM 5: 0

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| BLENNA MINOR and KEITH MINOR, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.   05-2511 Ma/An |
| CITY OF MEMPHIS, et al., | ) ) | |
| Defendants. | ) ) | |

---

## ORDER SETTING SCHEDULING CONFERENCE

---

Currently, a Scheduling Conference in this matter was set for Thursday, October 20, 2005 at 11:00 A.M.  Because Plaintiffs' counsel M. Jake Werner failed to appear, it is Ordered that the October 20 Scheduling Conference be reset.  A Scheduling Conference is hereby set for **THURSDAY, NOVEMBER 3, 2005 at 10:00 A.M.** in Courtroom M-3, 9th Floor, United States Courthouse and Federal Building, 167 North Main, Memphis, Tennessee.  Counsel for the parties shall submit a Joint Proposed Rule 16(b) Scheduling Order to the Magistrate Judge at least seventy-two (72) hours prior to the Conference.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

October 20, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-21-05

16

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02511 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
46 N. Third St.
Ste. 628
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT