IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 20 PM 5: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| BLENNA MINOR and KEITH MINOR, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No.   05-2511 Ma/An |
| CITY OF MEMPHIS, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER TO SHOW CAUSE

A Scheduling Conference was set in this matter before United States Magistrate Judge S. Thomas Anderson on Thursday, October 20, 2005 at 11:00 A.M. Plaintiff's counsel failed to appear at the time and date indicated for the conference.

**IT IS THEREFORE ORDERED** that a Show Cause Hearing shall be held before United States Magistrate Judge S. Thomas Anderson on **THURSDAY, NOVEMBER 3, 2005 at 11:00 A.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee. Plaintiff's counsel shall be required to show cause why sanctions should not be imposed as for his failure to attend the Scheduling Conference.

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Dated: _October 20, 2005_

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __10-21-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02511 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
46 N. Third St.
Ste. 628
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT