IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 NOV -3 PM 3: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| BLENNA MINOR and KENNETH MINOR, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | NO.   05-2511 Ma/An |
| CITY OF MEMPHIS, et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT

Before the Court is Plaintiffs' Motion for Leave to Amend Complaint filed on November 2, 2005. For the reasons set forth below, the Motion is **GRANTED**.

A pleading may be amended "only by leave of court . . . and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). In light of the practice in this Circuit to liberally allow amendments and because there is good cause and it does not appear that Defendants object, the Motion for Leave to Amend Complaint is **GRANTED**. Plaintiffs shall have ten (10) days from the entry of this Order to file an Amended Complaint.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 03, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-7-05

23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CV-02511 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Barbaralette G. Davis
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
46 N. Third St.
Ste. 628
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Samuel Mays
US DISTRICT COURT