IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV 23 PM 1:10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

BLENNA MINOR and )
KENNETH MINOR, )
                 )
    Plaintiffs,  )
                 )
v.               )        NO.: 05-2511 — Ma
                 )
THE CITY OF MEMPHIS, et al., )
                 )
    Defendants.  )

## RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates were established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**      November 28, 2005

**JOINING PARTIES:**

    for Plaintiff:          August 21, 2006
    for Defendant:          August 21, 2006

**AMENDING PLEADINGS:**

    for Plaintiff:          September 21, 2006
    for Defendant:          September 21, 2006

**COMPLETING ALL DISCOVERY:**

    (a)    **FACTUAL DISCOVERY:**      June 15, 2006

    (b)    **EXPERT DISCLOSURE (Rule 26(a)(2)):**
           (i) Plaintiff's Experts:       March 14, 2006
           (ii) Defendant's Experts:      May 15, 2006
           (iii) Supplementation under Rule 26(e):   June 19, 2006


Entered on the docket sheet in compliance
(e) FRCP on 11-29-05

25

(c)   **EXPERT DISCOVERY:**                              August 14, 2006

**FILING DISPOSITIVE MOTIONS:**                          October 16, 2006

### FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):

(a)   for Plaintiff:      45 days before trial
(b)   for Defendant:      30 days before trial

Parties shall have __10__ days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last __5__ days. The presiding judge will set this matter for **JURY TRIAL.** In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

### OTHER RELEVANT MATTERS:

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

*The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>*

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

S/ Thomas Anderson

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 22, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CV-02511 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Barbaralette G. Davis
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
46 N. Third St.
Ste. 628
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT